In re: BORTIS CONSTRUCTION
& DEVELOPMENT, Debtor.

Moise Bortis; Marius Bortis, d/b/a
Bortis Construction & Devel-
opment, Appellants,

v.

Michael J. Garrison, Appellee.

No. 01–35576.

BAP No. WW–98–1525–PMcMe.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Moise Bortis and Marius Bortis appeal
pro se the Bankruptcy Appellate Panel's
("BAP") order denying as untimely their
motion to reopen the time to appeal filed
pursuant to Federal Rule of Appellate Pro-
cedure 4(a)(6). We have jurisdiction pur-
suant to 28 U.S.C. § 158(d). We conclude
that the BAP properly denied the Rule
4(a)(6) motion as untimely. *See Mitchell v.*

*\* The panel unanimously finds this case suitable
for decision without oral argument and de-
nies appellants' request for oral argument.
See Fed. R.App. P. 34(a)(2).*

*\*\* This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.*

*Burt Vetterlein & Bushnell PC (In re
Stein),* 197 F.3d 421, 425 (9th Cir.1999).

**AFFIRMED.**

*\* The panel unanimously finds this case suitable
for decision without oral argument. See Fed.
R.App. P. 34(a)(2). Accordingly, Postmus's
motion for oral argument is denied.*

*\*\* This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.*